UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA TENNYSON,<br>　　　　Plaintiff,<br>　　v.<br>COUNTY OF MONTEREY, et al.,<br>　　　　Defendants. | Case No.  24-cv-03191-SVK<br><br>**ORDER GRANTING APPLICATION TO PROCEED** ***IN FORMA PAUPERIS***<br><br>Re: Dkt. No. 2 |

Plaintiff has filed an application to proceed *in forma pauperis*. Dkt. 2 (the "Application"). Having considered the Application and having screened Plaintiff's complaint (Dkt. 1) under 28 U.S.C. Section 1915, the Court **GRANTS** Plaintiff's Application and directs the Clerk of Court to issue the summons. The Court also directs the U.S. Marshal for the Northern District of California to serve upon Defendants, without prepayment of fees, a copy of the complaint, any amendments or attachments thereto, Plaintiff's *in forma pauperis* Application and this Order.

While this case is pending, Plaintiff must promptly inform the Court of any changes of address. Failure to do so may result in dismissal of this action.

**SO ORDERED.**

Dated: July 3, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge