AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| TRISHA TENNYSON<br>*Plaintiff(s)*<br>v.<br>COUNTY OF MONTEREY, et al.<br>*Defendant(s)* | Case No. 24-cv-03191-SVK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

SEE ATTACHED LIST

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Trisha Tennyson
266 Reservation Road
Salinas, CA 93907

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

Date: 7/9/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Case No. 24-cv-03191-SVK

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

( ) I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

( ) I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

( ) I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

( ) I returned the summons unexecuted because _____ ; or

( ) Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____
                                                          _____
                                                          *Server's signature*

                                                          _____
                                                          *Printed name and title*

                                                          _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

Monterey County Animal Control
160 Hitchcock Road, #9450, Salinas CA 93908

Salinas Animal Control
160 Hitchcock Road, #9450, Salinas CA 93908

Cindy Burnham, Salinas Animal Control Director
160 Hitchcock Road, #9450, Salinas CA 93908

Valeska Lujan c/o Salinas Animal Control
160 Hitchcock Road, #9450, Salinas CA 93908

Petra Lewis c/o Salinas Animal Control
160 Hitchcock Road, #9450, Salinas CA 93908

Sylvia Camacho c/o Salinas Animal Control
160 Hitchcock Road, #9450, Salinas CA 93908

Animal Friends Rescue Project
160 Fountain Avenue, Pacific Grove, CA, 93950

Darla Barnes-Smith c/o Animal Friends Rescue Project
160 Fountain Avenue, Pacific Grove, CA, 93950

Debra Long c/o Animal Friends Rescue Project
160 Fountain Avenue, Pacific Grove, CA, 93950

Samantha Martin, DVM c/o Animal Friends Rescue Project
160 Fountain Avenue, Pacific Grove, CA, 93950

Natalie Bugay c/o Animal Friends Rescue Project
160 Fountain Avenue, Pacific Grove, CA, 93950

Maria Skytta c/o Animal Friends Rescue Project
160 Fountain Avenue, Pacific Grove, CA, 93950

Pet Food Express
300 Crossroads Boulevard, Carmel-by-the-Sea, CA 93923

PetCo Animal Supplies
960 Del Monte Center, Seaside, CA 93940

William Sullenberger, DVM c/o Bluepearl Pet Hospital
451 Canyon Del Rey Boulevard, Del Rey Oaks, CA 93940

Bluepearl Pet Hospital
451 Canyon Del Rey Boulevard, Del Rey Oaks, CA 93940

Mars Inc.
6885 Elm Street, McLean, Virginia 22101

SPCA Monterey County
1002 Monterey Salinas Highway, Salinas, CA 93908

Scott DeLucchi c/o SPCA Monterey County
1002 Monterey Salinas Highway, Salinas, CA 93908

Susan Imwalle c/o SPCA Monterey County
1002 Monterey Salinas Highway, Salinas, CA 93908

Paul Hoffman c/o SPCA Monterey County
1002 Monterey Salinas Highway, Salinas, CA 93908

Monterey County Office of the District Attorney
1200 Aguajito Road, Monterey CA 93940

Robin Duffy, Assistant District Attorney c/o Monterey County Office of the District Attorney
1200 Aguajito Road, Monterey CA 93940