1  Daniel R. Friedenthal, Esq., SBN: 136847
   Jay D. Brown, Esq., SBN: 143522
2  FRIEDENTHAL, HEFFERNAN & BROWN, LLP
3  1520 W. Colorado Boulevard, Second Floor
   Pasadena, California  91105
4  Telephone:  (626) 628-2800
   Facsimile:    (626) 628-2828
5
6  Attorneys for Defendants, DARLA BARNES-SMITH, DEBRA LONG, SAMANTHA MARTIN and NATHALIE BUGAY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| TRISHA TENNYSON, | CASE NO. 5:24-cv-03191-EKL |
|---|---|
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS FOR INSUFFICIENCY OF SERVICE OF PROCESS [FRCP 12(b)(5)]; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF LAURIE MACHADO** |
| v. | |
| | Date:  February 12, 2025<br>Time:  1:30 p.m.<br>Ctrm:  7; Fourth Floor<br>Judge: Hon. Eumi K. Lee |
| COUNTY OF MONTEREY, et al., | Action Filed:  5/28/24<br>Trial Date: None |
| Defendants. | |

TO PLAINTIFF, TRISHA TENNYSON, IN PRO SE:

PLEASE TAKE NOTICE that on February 12, 2025, at 1:30 p.m. or as soon thereafter as the matter may be heard in the above-entitled court before the Honorable Eumi K. Lee, Courtroom 7, Fourth Floor, 280 South First Street, San Jose, California, defendants, Darla Barnes-Smith, Debra Long, Samantha Martin and Nathalie Bugay, will move the court to dismiss the action of pro se plaintiff, Trisha Tennyson, pursuant to Federal Rules of Civil Procedure 12(b)(5), for insufficient service of process.

Plaintiff purported to serve the moving defendants at their former place of occupation. The purported service was defective.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Laurie Machado served and filed herewith, and on the records, pleadings and files in this action.

DATED:  October 15, 2024        FRIEDENTHAL, HEFFERNAN & BROWN, LLP

By  *Daniel R. Friedenthal*
         DANIEL R. FRIEDENTHAL, ESQ.
         JAY D. BROWN, ESQ.
         Attorneys for Defendants, ANIMAL FRIENDS RESCUE PROJECT and MARIA SKYTTA

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Plaintiff, Trisha Tennyson, has filed a complaint for the loss of two cats. Plaintiff claims that the various named defendants violated plaintiff's civil rights and otherwise injured her. Plaintiff has made specific claims in regard to Animal Friends Rescue Project. Moving defendants, Darla Barnes-Smith, Debra Long, Samantha Martin and Nathalie Bugay, were at one time employed by Animal Friends Rescue Project. As set forth in the attached Declaration of Laurie Machado, the Executive Director of Animal Friends Rescue Project, none of the moving defendants were employed at the time of purported service on September 23, 2024, and no one from Animal Friends Rescue Project was authorized to accept service on their behalf.

## II. SERVICE WAS IMPROPER UNDER FED. R. CIV. PRO. 4(e) AND THE MATTER SHOULD BE DISMISSED UNDER FED. R. CIV. PRO. 12(b)(5)

Fed. R. Civ. Pro. 4(e) states that an individual may be served by "following the state law for serving a summons," or by delivering the summons and complaint to the individual personally; leaving a copy at the individual's dwelling or usual place of abode; delivering a copy to an authorized agent.

California procedural law provides that an individual who is not served personally may be served "at the person's dwelling house, usual place of abode, usual place of business." California Code of Civil Procedure section 415.20(b).

In the present case, plaintiff left the summons and complaint in "c/o Animal Friends Rescue Project." (Decl. of Laurie Machado.) None of the moving defendants worked at Animal Friends Rescue Project, so it was clearly not their usual place of business (or abode). Non one at Animal Friends rescue Project was authorized to accept service on behalf of the moving defendants. (Decl. of Laurie Machado.)

/ / /

A motion to dismiss may be brought under Fed. R. Civ. Pro. 12(b)(5) for insufficient service of process.  "Once service is challenged, plaintiffs bear the burden of establishing that service was valid under Rule 4." *Brockmeyer v. May*, 383 F.3d 798, 801 (9th Cir. 2004). "If the plaintiff is unable to satisfy this burden, the Court has the discretion to either dismiss the action or retain the action and quash the service of process." *Stevens v. Sec. Pac. Nat'l Bank*, 538 F.2d 1387, 1389 (9th Cir. 1976).

"The court may consider evidence outside the pleadings in resolving a Rule 12(b)(5) motion." *Fairbank v. Underwood*, 986 F. Supp. 2d 1222, 1228 (D. Or. 2013). The attached Declaration of Laurie Machado demonstrates that the purported service on defendants, Darla Barnes-Smith, Debra Long, Samantha Martin and Nathalie Bugay, was improper.

### III.  CONCLUSION

Pursuant to the foregoing, plaintiff, Trisha Tennyson, has not satisfied the requirements for service on an individual set out in Rule 4(e).  Defendants, Darla Barnes-Smith, Debra Long, Samantha Martin and Nathalie Bugay, respectfully request that the Court dismiss plaintiff's complaint with prejudice under Rule 12(b)(5) for insufficiency of service of process.

DATED: October 15, 2024        FRIEDENTHAL, HEFFERNAN & BROWN, LLP

                               By  *Daniel R. Friedenthal*
                                   DANIEL R. FRIEDENTHAL, ESQ.
                                   JAY D. BROWN, ESQ.
                                   Attorneys for Defendants, DARLA BARNES-SMITH, DEBRA LONG, SAMANTHA MARTIN and NATHALIE BUGAY

**DECLARATION OF LAURIE MACHADO**

Laurie Machado declares:

1. I am the Executive Director for Animal Friends Rescue Project.

2. On September 23, 2024, plaintiff purported to serve Darla Barnes-Smith, Debra Long, Samantha Martin and Nathalie Bugay "c/o Animal Friends Rescue Project" at 160 Fountain Avenue, Pacific Grove, California. None of these named individuals were employed by Animal Friends Rescue Project on that date. No one from Animal Friends Rescue Project was authorized to accept service of the complaint on behalf of the named individuals

If called as a witness I could and would competently testify under oath to the above facts which are personally known to me.

Executed on October 14, 2024, at Pacific Grove, California.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

_____
LAURIE MACHADO