**O'HAGAN MEYER**
Dana J. Finberg (SBN 257459)
O'Hagan Meyer, PLLC
One Embarcadero Center, Suite 2100
San Francisco, CA 94111
T: (415) 578-6902
DFinberg@ohaganemeyer.com

Attorneys for Defendant,
SPCA of Monterey County

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA TENNYSON<br><br>            Plaintiff,<br><br>     v.<br><br>COUNTY OF MONTERAY, *et al.*,<br><br>            Defendants. | Case No.: 5:24-cv-03191-EKL<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SPCA OF MONTEREY COUNTY TO RESPOND TO COMPLAINT** |

Plaintiff Trisha Tennyson ("Ms. Tennyson") and defendant SPCA of Monterey County (the "SPCA"), pursuant to Local Rule 6-1, hereby stipulate as follows:

1. SPCA was served with the Complaint in this matter on September 16, 2024. However, undersigned counsel was not retained to represent the SPCA until October 21, 2024.

2. On October 21, 2024, counsel for the SPCA contacted Ms. Tennyson to request an extension of time, up to and including November 29, 2024, to respond to the Complaint. This additional time is needed for counsel to properly investigate the allegations in the Complaint prior to responding.

3. Ms. Tennyson agreed to the requested extension of time on October 21, 2014.

4. This is the SPCA's first request for an extension of time, and the request is not made for any improper purpose. The extension of time will not impact any deadlines previously entered by the Court.

5. Ms. Tennyson has granted counsel for the SPCA her authorization to file this stipulation using the Court's ECF system.

Dated: October 21, 2024                **O'HAGAN MEYER, PLLC**

/s/ Dana J. Finberg
Dana J. Finberg  (SBN 257459)
O'HAGAN MEYER, PLLC
One Embarcadero Center, Suite 2100
San Francisco, CA 94111
T: (415) 578-6902
DFinberg@ohaganemeyer.com

Attorneys for SPCA of Monterey

1
**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SPCA OF MONTEREY COUNTY TO RESPOND TO COMPLAINT**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all parties registered for electronic notification via the Court's electronic filing system on October 21, 2024.

/s/ Dana J. Finberg