```
1  SUSAN K. BLITCH, SBN 187761
   County Counsel
2  JANET L. HOLMES, SBN 107639
   Assistant County Counsel
3  AERIN C. MURPHY, SBN 286899
   Deputy County Counsel
4  County of Monterey, Office of the County Counsel
   168 West Alisal Street, Third Floor
5  Salinas, California 93901
   Telephone: (831) 755-5045
6  Facsimile: (831) 755-5283
   Email: MurphyAC@countyofmonterey.gov
7
8  Attorneys for Defendant Monterey County District Attorney
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| TRISHA TENNYSON,<br><br>   Plaintiff,<br><br>   vs.<br><br>COUNTY OF MONTEREY, et. al.<br><br>   Defendant. | CASE NO. 24-CV-03191-EKL<br><br>NOTICE OF NON-OPPOSITION TO DEFENDANT MONTEREY COUNTY DISTRICT ATTORNEY'S OFFICE RULE 12(b)(6) MOTION TO DISMISS<br><br>**Complaint Filed: October 1, 2024**<br>**Trial Date: N/A**<br><br>**Hearing Date: January 22, 2025**<br>**Time: 10:00 a.m.**<br>**Judge: Honorable Eumi K. Lee** |

On October 15, 2024, Defendant Monterey County District Attorney's Office filed a Notice of Motion and Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP 12(b)(6) and Memorandum of Points and Authorities in support thereof, and Proposed Order of Dismissal in the above-captioned case and noticed the hearing on the motion for January 22, 2025. Also on October 15, 2024, Plaintiff was served with the moving papers via email and mail. No opposition to the motion has been filed or received by Defendant District Attorney. Accordingly, Monterey County District Attorney's Office respectfully requests the court to enter a Judgment of Dismissal of Plaintiff's Complaint.

1

*Tennyson v. Monterey County, et al.*                                                                Case No. 24-CV-03191-EKL
NOTICE OF NON-OPPOSITION TO DEFENDANT MONTEREY COUNTY DISTRICT ATTORNEY'S OFFICE RULE 12(b)(6) MOTION TO DISMISS

///

Dated: November 5, 2024                SUSAN K. BLITCH
                                        County Counsel


                                        By */s/* **Aerin C. Murphy**
                                        AERIN C. MURPHY, Deputy County Counsel
                                        Attorneys for Defendant
                                        MONTEREY COUNTY DISTRICT
                                        ATTORNEYS' OFFICE

2

*Tennyson v. Monterey County, et al.*                                   Case No. 24-CV-03191-EKL
NOTICE OF NON-OPPOSITION TO DEFENDANT MONTEREY COUNTY DISTRICT ATTORNEY'S OFFICE RULE 12(b)(6) MOTION TO DISMISS