United States District Court
Northern District of California

1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7   TRISHA TENNYSON,                    Case No. 24-cv-03191-EKL

8              Plaintiff,
                                        **ORDER TO SHOW CAUSE WHY**
9         v.                            **CASE SHOULD NOT BE DISMISSED**

10  COUNTY OF MONTEREY, et al.,         Re: Dkt. No. 42

11             Defendants.

12          On January 6, 2025, the Court dismissed Plaintiff's claims with leave to file an amended

13  complaint by February 5, 2025.  ECF No. 42.  As of the date of this Order, Plaintiff has failed to

14  file an amended complaint.  Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no

15  later than March 10, 2025, why her claims should not be dismissed without prejudice for failure to

16  prosecute.  *See* Fed. R. Civ. P. 41(b).

17          **IT IS SO ORDERED.**

18  Dated:  February 8, 2025

19

20                                      _____

21                                      Eumi K. Lee
                                        United States District Judge
22

23

24

25

26

27

28