UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRISHA TENNYSON,

    Plaintiff,

v.

COUNTY OF MONTEREY, et al.,

    Defendants.

Case No. 24-cv-03191-EKL

**ORDER OF DISMISSAL**

In this action, *pro se* Plaintiff Trisha Tennyson ("Plaintiff") alleges that Defendants removed her two beloved cats, Stinky and Gizmo, while Plaintiff was in the hospital on October 21, 2021. Compl. ¶¶ 11-16, ECF No. 1. The Court previously dismissed the complaint under Federal Rule of Civil Procedure 12(b)(6), finding that Plaintiff failed to plausibly state her claims in accordance with Rule 8.[1] ECF No. 42. The Court granted Plaintiff leave to file an amended complaint by February 5, 2025. ECF Nos. 41, 42. Plaintiff did not file an amended complaint. On February 8, 2025, the Court issued an order to show cause why this action should not be dismissed for failure to prosecute, directing Plaintiff to file a written response by March 10, 2025. ECF No. 45. The Court concurrently ordered Plaintiff to provide the Court with an updated address by March 10, 2025. ECF No. 46. As of the date of this order, Plaintiff has not filed responses. Accordingly, based on Plaintiff's failure to respond, and for the reasons stated in its

---

[1] The Court granted four Rule 12(b)(6) motions filed by Defendants Animal Friends Rescue Project and Maria Skytta, ECF No. 23; Defendant County of Monterey District Attorney, ECF No. 24; Defendants SPCA of Monterey County, Scott Delucchi, Susan Imwalle, and Paul Hoffman, ECF No. 29; and Defendants William Sullenberger DVM, BluePearl Veterinary Hospitals, and Mars, Inc., ECF No. 37. ECF No. 42. The Court separately granted the Rule 12(b)(5) motion of Defendants Darla Barnes-Smith, Debra Long, Samantha Martin, and Nathalie Bugay, ECF No. 22. ECF No. 41.

1    January 6, 2025 orders, the Court DISMISSES this action without prejudice as to all Defendants.
2    *See* Fed. R. Civ. P. 41(b).
3           **IT IS SO ORDERED.**
4    Dated:  March 17, 2025

_____
Eumi K. Lee
United States District Judge